# In the United States District Court

### Western District Of Arkansas

Ft. Smith Division

_Arlen Ray Jones #49184_

_(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**)._

-against-

_Sebastian County Detention Center Medical Contractor: Turnkey Medical : Dr. Anthony Carter; Provider_

_Sebastian County Jail Administrator_
_Captian Dumas, they would not provide me with the first name._

_(In the space above enter the full name of each Defendant)_

**Case**

No. 2:23-cv-02130

(To be filled out by Clerk's Office only)

## AMENDED
# COMPLAINT

(_Pro Se_ Prisoner)

Jury Demand?
☐ Yes
☐ No

---

## NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.   PLAINTIFF INFORMATION

_Arlen Ray Jones_

Name (First, Middle, Last)                                    Aliases

_49184_

Prisoner ID #, if any

_Sebastian County Detention Center_

Place of Detention or Incarceration

Page 1 of 11

801 South A Street
Address (*If detained, facility address*)

Sebastian    Ft Smith          AR              72901
County, City                   State           Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee

☑ Convicted and serving a sentence. Provide Date of Conviction   9/20/23   .

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    Dumas, Unknown
                Name (Last, First)

                Captain / Jail Administrator
                Current Job Title

                801 South A Street
                Current Work Address

                Sebastian    Ft Smith    AR        72901
                County, City             State     Zip Code

Defendant 2:    Carter, Anthony
                Name (Last, First)

                Turnkey Medical Doctor/Provider
                Current Job Title

                801 South A Street
                Current Work Address

                Sebastian   Ft Smith        AR              72901
                County, City                State           Zip Code


Defendant 3:    _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City                State           Zip Code


Defendant 4:    _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City                State           Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights.  **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.).  If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim.  **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:   Sebastian County Detention Center

Date(s) of occurrence:   10/09/23 — 10/11/23 to present

Name of Each Defendant Involved:

Jail Administrator Dumas

Turnkey Medical Provider Anthony Carter

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Denial of Medical Care

Medical Malpractice

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

I have a hernia and need surgery. Upon intake I was placed into the medical observation cell pending a visit with the provider. Once the provider seen me he stated I did not need surgery. I was released from the medical cell, placed in general population and then denied medication. I went weeks without medication

and cant even get a hernia belt or anyone to look at said condition. Ive been told for over a month, my meds are on order. Im in need of surgery and am being neglected and not properly treated. My condition has since worsened and I am in bad pain.

**Who did what?**

After being initially served with the notice of this lawsuit the provider has now seen me on 11-9-23 and stated my hernia is size of small canteloupe and needs medical attention.

**How were you injured?**

Before all of this I submitted plenty of requests & grievances to no avail. I will include these in a response.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Since Im "ADC property" the policy states that they need ADC to pay or okay treatment. ADC is waiting on the diagnosis of the provider. The provider provided a false diagnosis at first. So due to policy my meds have been on hold, treatment delayed and real medical attention refused.

**Claim Number 2:**

Place(s) of occurrence:

_____

_____

_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑   Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑   Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑   Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

$100,000 - Pain & Suffering    (Compensatory)

$ 100,000 - Medical Malpractice & Denial of Medical Care  (Punitive)

$ 30,000 - Surgery /Medical Bills incurred

To be properly diagnosed, treated and processed.

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?          ☐ Yes      ☑ No

   If yes, how many?  _____

Have you brought any other lawsuits in state or federal court **dealing with**          ☐ Yes      ☑ No
**the same facts as this case**?

   If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| 11-10-23 | | Arlen Jones |
|---|---|---|
| Dated | | Plaintiff's Signature |

Arlen  R  Jones
Printed Name (First, MI, Last)

49184
Prison Identification #, if any.

| 801 South A St. | Ft Smith | AR | 72901 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |

Arlen R. Jones # 49184 FF14
S.C.D.C.
801 South A. St.
Ft. Smith, AR 72901

NW ARKANSAS AR 727
13 NOV 2023 PM 1 L



Pro Se Law Clerk Office
35 East Mountain St. Suite 510
Fayetteville, AR 72701

72701-535335