# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

ARLEN RAY JONES, #49184                                                      PLAINTIFF

v.                          Case No. 2:23-CV-02130-PKH-MEF

CAPTAIN DUMAS, TURN KEY MEDICAL,
DR. ANTHONY CARTER,                                                         DEFENDANTS

## DEFENDANT TURN KEY HEALTH CLINICS, LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Turn Key Health Clinics, LLC, and moves this Court to dismiss this action against it pursuant to Fed. R. Civ. P. 12(b)(6), showing the Court as follows:

1. Plaintiff purportedly brings a cause of action against Defendant Turn Key for deliberate indifference under 42 U.S.C. § 1983. ECF Doc. 6.

2. From the face of the Amended Complaint, however, Plaintiff makes no individual or particularized allegations against Defendant Turn Key. And so, it appears Plaintiff did not actually intend to name Turn Key as a defendant. *See* ECF Doc. 6.

3. Plaintiff has failed to plead facts sufficient to state a claim upon which relief may be granted against Defendant Turn Key under a *Monell* theory of liability for deliberate indifference, as Plaintiff has failed to plead facts to show that any specific policy, practice or custom of Defendant Turn Key was the moving force behind any alleged constitutional violation.

4. Because Plaintiff has failed to state a cognizable claim for relief, dismissal without prejudice is proper on Plaintiff's federal constitutional claim in favor of Turn Key.

In support of its motion, Defendant Turn Key respectfully submits a Brief in Support filed contemporaneously herewith.

Respectfully submitted,

Alexandra G. Ah Loy, AR Bar #2020020
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd, Ste 200
Oklahoma City, OK 73118
Telephone: (405) 513-7111
Facsimile: (405) 768-1414
allieahloy@hallboothsmith.com

*Attorneys for Defendants Turn Key Health Clinics, LLC; Anthony Carter, APRN*

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of December, 2023, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jason E. Owens        owens@jowenslawfirm.com

I also certify that I served the following, who is not a registered participant of the ECF System for filing, via first class mail postage prepaid:

Arlen Ray Jones, #49184
Sebastian County Detention Center
801 South A Street
Ft. Smith, AR 72901

*Plaintiff, Pro-Se*

*s/ Alexandra G. Ah Loy*
Alexandra G. Ah Loy